UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Nicholas Davis
                Plaintiff,

v.                                          Case No.: 1:08−cv−05877
                                                Honorable Matthew F. Kennelly

Family Dollar, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 8, 2009:

        MINUTE entry before the Honorable Matthew F. Kennelly: Case is dismissed with prejudice and without costs, pursuant to stipulation. Status hearing set for 5/20/2009 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.